UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANDREW KEANE,

                      Plaintiff,

        -against-

COMENITY BANK,

                      Defendant.
-----------------------------------------------------------------------X

Case No.: 16-cv-01126-FJS-CFH

**STIPULATION**
**OF DISMISSAL**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the above-captioned action is hereby dismissed with prejudice against Comenity Bank, more properly identified as Comenity Capital Bank.

  .

Date: December 15, 2016                                    Date: December 15, 2016

s/ Robert L. Arleo                                                       _____
Robert L. Arleo, Esq.                                              Mitra Paul Singh, Esq.
ROBERT L. ARLEO, ESQ., P.C.                     MCGLINCHEY STAFFORD PLLC
380 Lexington Avenue, 17th Fl.                     112 West 34th Street, Suite 1515
New York, New York 10168                          New York, NY 10120
Phone: (212) 551-1115                                       Tel: 646-362-4041
Email: robertarleo@gmail.com                       Email: msingh@mcglinchey.com
*Attorney for Plaintiff*                                        *Attorneys for Defendant*
*Andrew Keane*                                                    *Comenity Capital Bank*

                                                                  IT IS SO ORDERED:

                                                                  Frederick J. Scullin, Jr.
                                                                  Senior U.S. District Judge

                                                                  Dated: December 20, 2016
                                                                            Syracuse, NY